1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

11   JOHNNY CRUZ RODRIGUEZ,                 )   Case No.: 1:16-cv-01820- JLT
                                            )
12              Plaintiff,                  )   ORDER GRANTING EXTENSION OF TIME
                                            )
13        v.                                )   (Doc. 14)
                                            )
14   NANCY A. BERRYHILL[1],                 )
     Acting Commissioner of Social Security,)
15                                          )
                Defendant.                  )
16   ─────────────────────────────────────

17        On September 10, 2017, the parties stipulated for a thirty-day extension of time for Defendant

18   to file a response to Plaintiff's opening brief.  (Doc. 14)  Notably, the Scheduling Order permits a

19   single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension

20   requested by either party.   Accordingly, the Court **ORDERS**:

21        1.      The request for an extension of time is **GRANTED**; and

22        2.      Defendant **SHALL** file a response to the opening brief no later than **October 11, 2017**.

23

24   IT IS SO ORDERED.

25        Dated:   **September 11, 2017**            **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28   ─────────────────────
         [1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
     Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.