UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CRUZ RODRIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-1820 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(Doc. 19) |

On December 29, 2017, Johnny Cruz and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19) Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees in the total amount of $2,900.00 to be **AWARDED** to Plaintiff, Johnny Cruz Rodriguez.

IT IS SO ORDERED.

    Dated: **January 2, 2018**             **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.